UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GAMR LIMITED PARTNERSHIP, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:10-CV-0485-G |
| FIREMAN'S FUND INSURANCE CO., ET AL., | ) ) ) | **ECF** |
| Defendants. | ) ) | |

## MEMORANDUM OPINION AND ORDER

This court is required to examine the basis for its subject matter jurisdiction, on its own motion if necessary. *Torres v. Southern Peru Copper Corp.*, 113 F.3d 540, 542 (5th Cir. 1997). Subject matter jurisdiction in this case is premised on diversity of citizenship. Defendants' Notice of Removal ¶ 7. The defendants are alleged to be California corporations with their principal places of business in California. *Id*. ¶ 6. The plaintiffs are alleged to be Texas limited partnerships with their principal place of business in Texas. *Id*. ¶ 5.

A limited partnership such as the plaintiffs takes on the citizenship of all its members. *Carden v. Arkoma Associates*, 494 U.S. 185, 195-96 (1990). Because the names and citizenship of the plaintiffs' members are not alleged, the court cannot determine if there is in fact complete diversity of citizenship between the plaintiffs and defendants.

Within ten days of this date, the defendants shall file and serve an amended notice of removal curing this omission. Failure to timely file and serve such an amended notice of removal will result in the remand of this case, without further notice, to the state court from which it was removed.

**SO ORDERED**.

March 11, 2010.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**